JOYCE R. BRANDA
Acting Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
DOUGLAS M. HOTTLE
douglas.hottle@usdoj.gov
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC   20044-4271
Phone: (202) 616-2973
Fax:     (202) 616-4002

Attorney for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| Julie Krogen,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA;<br>And DOE 1 through DOE 100,<br><br>       Defendant. | Case No.: 1:14-cv-01266-LJO-MJS<br><br><br>STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE |

Pursuant to L.R. 240, the Parties hereby stipulate to the continuance of the Scheduling Conference now scheduled for November 13, 2014 at 10:00 a.m.   Lead Counsel for the United States is unable to attend on that date.   The Parties respectfully request the Scheduling Conference be continued to November 20, 2014 at 1030 am.

STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE
Case No. 1:14-cv-01266-LJO-MJS ˘ 1 ˘

Dated: October 10, 2014

                                                Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

BENJAMIN B. WAGNER
United States Attorney

BENJAMIN E. HALL
Assistant United States Attorney

 /s/Douglas M. Hottle
DOUGLAS M. HOTTLE
Senior Trial Counsel
Torts Branch, Civil Division
United States Department of Justice
Post Office Box 14271
Washington D.C. 20044-4271
Telephone:     (202) 616-2973
Facsimile:      (202) 616-4002
douglas.hottle@usdoj.gov
*Counsel for Defendant United States of America*

 /s/ Richard C. Watters
RICHARD C. WATTERS
Miles, Sears & Eanni
2844 Fresno Street
Fresno, CA 93721
Telephone:    (559) 486-5200
rcwatters@mse-law.com
*Counsel for Plaintiff Julie Krogen*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Stipulation for Continuance of Scheduling Conference was served on counsel of record via the CM/ECF system, this 10th day of October 2014.

                                 /s/ Douglas M. Hottle
                                Senior Trial Counsel
                                U.S. Department of Justice

## **ORDER**

Pursuant to the Stipulation of the parties, it is ordered that the Scheduling Conference in Case No.: 1:14-cv-01266-LJO-MJS be continued to November 21, 2014 at 11:00 a.m.

IT IS SO ORDERED.

Dated:     October 28, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE
Case No. 1:14-cv-01266-LJO-MJS